PRECINCT 3-2
# CASE SUMMARY
### CASE NO. 32-SC-15-00084

**David Mack vs. Midland Credit Management, Inc.**  §  § § §

Location: Precinct 3-2
Judicial Officer: Payton, John E.
Filed on: 03/11/2015

---

## CASE INFORMATION

**File Date** 03/11/2015

**Cause of Action**
Small Claims

**Description/Remedy**
Action
$41.00 Court Costs
$1,500.00 Monetary

Case Type: **Small Claims**

---

| DATE | CASE ASSIGNMENT |
|---|---|
| | **Current Case Assignment** |
| | Case Number  32-SC-15-00084 |
| | Court  Precinct 3-2 |
| | Date Assigned  03/11/2015 |
| | Judicial Officer  Payton, John E. |

---

## PARTY INFORMATION

**Plaintiff**  Mack, David E
7720 McCallum Blvd.
#2099
Dallas, TX 75252

**Defendant**  Midland Credit Management, Inc.
8875 Aero Drive
Suite 200
San Diego, CA 92123

---

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 03/11/2015 | **Cause of Action**  Small Claims  ()  <br> Action Type  Action <br> Remedies Sought  Court Costs <br> Monetary | |
| 03/11/2015 | Case Filed (OCA) | |
| 03/11/2015 | Receipts - Received Payment | |
| 03/18/2015 | CIVIL Citation Issued <br> *to Plaintiff for private process ns* | |

I CERTIFY THAT THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE RECORDS OF THE JUSTICE OF THE PEACE COURT PCT. THREE PLACE TWO OF COLLIN COUNTY, TEXAS AND THAT THE ORIGINAL DOCUMENT IS IN THE OFFICE OF THE COURT. TOTAL AMOUNT OF DOCUMENTS INCLUDED_____.

*[signature]*

CLERK OF COURT
JUSTICE COURT PCT. 3-2
COLLIN COUNTY, TEXAS

---

| DATE | FINANCIAL INFORMATION | |
|---|---|---|
| | **Plaintiff** Mack, David E | |
| | Total Charges | 41.00 |
| | Total Payments and Credits | 41.00 |
| | **Balance Due as of 4/2/2015** | 0.00 |

## PETITION: SMALL CLAIMS CASE

CASE NUMBER (Court Use Only): _32-SC-15-84_

**Plaintiff(s):** _David E. Mack_
**Address:** _7720 McCallum Blvd. #2099_
_Dallas_  _Texas_  _75252_  _972-735-9642_
City    State    Zip    Phone

**IN THE JUSTICE COURT**

JUSTICE OF THE PEACE
PRECINCT _3-2_

VS.

**Defendant(s):** _Midland Credit Management, Inc._
**Address:** _8875 Aero Drive, Suite 200_
_San Diego_  _CA_  _92123_  _800-825-8131_
City    State    Zip    Phone

COLLIN COUNTY, TEXAS

**COMPLAINT:** The basis for the claim which entitles the plaintiff to seek relief against the defendant is:
_Plaintiff received a call on his wireless phone on December 28, 2013 at 8:47 AM from the Defendant who used ATDS equipment to call his wireless phone number 682-560-1675 from 877-237-0512 without Plaintiff's express consent to do so in violation of the Telephone Consumer Protection Act (TCPA) 47 U.S.C. § 227 et. seq._

**RELIEF:** Plaintiff seeks damages in the amount of $_1500_, and/or return of personal property as described as follows (be specific): _____, which has a value of $_____.
Additionally, plaintiff seeks the following: _all costs of this action including but not limited to, any attorney's fees._

**SERVICE OF CITATION:** Service is requested on defendants by personal service at home or work or by alternative service as allowed by the Texas Justice Court Rules of Court. Other addresses where the defendant(s) may be served are:
_Corporation Service Company d/b/a/ CSC - Lawyers Incorporating Service Company, 211 #. 7th St._

☐ If you wish to give your consent for the answer and any other motions or pleadings to be sent to your email address, please check this box, and provide your valid email address: _____

_David E. Mack_
Petitioner's Printed Name

**Defendant's Information (If known):**
Date of Birth: _____
Last 3 Numbers of Driver's License: _____
Last 3 Numbers of SSN: _____
Defendant's Phone Number: _800-825-8131_

[Signature]
Signature of Plaintiff or Attorney
_7720 McCallum Blvd. #2099_
Address of Plaintiff or Attorney
_Dallas_  _Texas_  _75252_
City    State    Zip
_972-735-9642_
Phone Number/Fax Number

FILED 2015 MAR 11 PM 3:46 JUSTICE COURT PCT 3-2 COLLIN COUNTY, TEXAS

Case 4:15-cv-00234   Document 1-2   Filed 04/06/15   Page 3 of 7 PageID #: 9

AFFIDAVIT OF MILITARY STATUS OF DEFENDANT(S)
CAUSE NUMBER: 32-SC-1584

| | | |
|---|---|---|
| _David E. Mack_, PLAINTIFF § | | IN THE JUSTICE COURT |
| VS. § | | PRECINCT _3-2_ |
| _Midland Credit Manageme_, DEFENDANT § | | COLLIN COUNTY, TEXAS |

My name is [please print] _David E. Mack_.

I am [check one] ☑ the plaintiff or ☐ an authorized agent of the plaintiff in the case described above. I am capable of making this affidavit. I have been duly sworn on oath and the facts in this affidavit are within my personal knowledge and are true and correct.

[check or fill in as applicable]

☐ 1. No defendant in this case is on active duty in the U.S. military (Army, Navy, Air Force, Marines or Coast Guard). The facts on which I base my conclusion are as follows:_____
_The Defendant is a corporation and cannot serve in the U.S. Military_
_____

☐ 2. Defendant [insert name(s)]_____ is on active duty in the U.S. military.

☐ 3. Defendant [insert name(s)] _____ has been deployed by the U.S. military to a foreign country.

☐ 4. Plaintiff and the undersigned (if the undersigned is acting agent of plaintiff) are not able to determine whether any defendant is in the U.S. military – except for any defendant named in 2 above.

☐ 5. Plaintiff and the undersigned (if the undersigned is acting as an agent of plaintiff) are not able to determine whether any defendant who is in the U.S. military has been deployed to a foreign country – except for any defendant named in 3 above.

☐ 6. Defendant [insert name(s)] _____ has signed, while on active duty, a *separate written waiver* of his or her rights under the U.S. Servicemembers Civil Relief Act of 2003.

_____
Affiant

Sworn to and subscribed before me on this the 11th day of March, 2015.

_____
(Judge) (Clerk)
Justice Court, Precinct 3-2
Collin County, Texas

CLERK OF COURT
Notary Public and Justice of the State of Texas
PCT. 3, PL 2
COLLIN COUNTY, TEXAS

FILED 2015 MAR 11 PM

## JUSTICE COURT CIVIL CASE INFORMATION SHEET (4/13)

CAUSE NUMBER *(FOR CLERK USE ONLY):* 32-SC-15-84

STYLED *David E. Mack v. Midland Credit Management, Inc.*
(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition is filed to initiate a new suit. The information should be the best available at the time of filing. This sheet, required by Rule of Civil Procedure 502, is intended to collect information that will be used for statistical purposes only. It neither replaces nor supplements the filings or service of pleading or other documents as required by law or rule. The sheet does not constitute a discovery request, response, or supplementation, and it is not admissible at trial.

| 1. Contact information for person completing case information sheet: | | 2. Names of parties in case: |
|---|---|---|
| Name: *David E. Mack* | Telephone: *972-735-9642* | Plaintiff(s): *David E. Mack* |
| Address: *7720 McCallum Blvd. #2099* | Fax: | |
| City/State/Zip: *Dallas    TX    75252* | State Bar No: | Defendant(s): *Midland Credit Management, Inc.* |
| Email: *mack2001@swbell.net* Signature: [signed] | | [Attach additional page as necessary to list all parties] |

### 3. Indicate case type, or identify the most important issue in the case *(select only 1):*

| ☐ **Debt Claim**: A debt claim case is a lawsuit brought to recover a debt by an assignee of a claim, a debt collector or collection agency, a financial institution, or a person or entity primarily engaged in the business of lending money at interest. The claim can be for no more than $10,000, excluding statutory interest and court costs but including attorney fees, if any. | ☐ **Eviction**: An eviction case is a lawsuit brought to recover possession of real property, often by a landlord against a tenant. A claim for rent may be joined with an eviction case if the amount of rent due and unpaid is not more than $10,000, excluding statutory interest and court costs but including attorney fees, if any. |
|---|---|
| ☐ **Repair and Remedy**: A repair and remedy case is a lawsuit filed by a residential tenant under Chapter 92, Subchapter B of the Texas Property Code to enforce the landlord's duty to repair or remedy a condition materially affecting the physical health or safety of an ordinary tenant. The relief sought can be for no more than $10,000, excluding statutory interest and court costs but including attorney fees, if any. | ☑ **Small Claims**: A small claims case is a lawsuit brought for the recovery of money damages, civil penalties, personal property, or other relief allowed by law. The claim can be for no more than $10,000, excluding statutory interest and court costs but including attorney fees, if any. |

FILED 2015 MAR 11 PM 9:46 JUSTICE COURT PCT. 3 REC. 2 COLLIN COUNTY, TEXAS

# OFFICIAL RECEIPT



# Judge John E. Payton Collin County Justice of the Peace Pct. 3-2 920 E. Park Boulevard, Suite 210
Plano, Texas 75074
972-881-3051 *www.collincountytx.gov

| | |
|---|---|
| Payor<br>Mack, David E<br>7720 McCallum Blvd.<br>#2099<br>Dallas, TX 75252 | Receipt No.<br>**2015-0000953-JP32**<br><br>Transaction Date<br>03/11/2015 |

| Description | Amount Paid |
|---|---:|
| Mack, David E | |
| 32-SC-15-00084 | |
| David Mack vs. Midland Credit Management, Inc. | |
|     Small Claims Filing Fee | 41.00 |
|     **SUBTOTAL** | 41.00 |
|     Remaining Balance Due: $0.00 | |
| | |
| 32-SC-15-00085 | |
| David Mack vs. Midland Credit Management, Inc. | |
|     Small Claims Filing Fee | 41.00 |
|     **SUBTOTAL** | 41.00 |
|     Remaining Balance Due: $0.00 | |
| | |
| 32-SC-15-00086 | |
| David Mack vs. Midland Credit Management, Inc. | |
|     Small Claims Filing Fee | 41.00 |
|     **SUBTOTAL** | 41.00 |
|     Remaining Balance Due: $0.00 | |
| | |
| 32-SC-15-00087 | |
| David Mack vs. Midland Credit Management, Inc. | |
|     Small Claims Filing Fee | 41.00 |
|     **SUBTOTAL** | 41.00 |
|     Remaining Balance Due: $0.00 | |

| | |
|---|---:|
| **PAYMENT TOTAL** | **164.00** |
| Cash Tendered | 164.00 |
| Total Tendered | 164.00 |
| Change | 0.00 |

| | | |
|---|---|---|
| 03/11/2015<br>03:55 PM | Cashier<br>Station JP32001 | Audit<br>4818198 |

## OFFICIAL RECEIPT

**STATE of TEXAS**
**CITATION**

**Return Citation To:**
Justice Court 3-2
Judge John E. Payton
920 E. Park Blvd., Ste. 210
Plano, TX 75074

**Cause No. 32-SC-15-00084**

| | | |
|---|---|---|
| DAVID E MACK | § | IN THE JUSTICE COURT |
| VS. | § | PRECINCT 3, PLACE 2 |
| MIDLAND CREDIT MANAGEMENT, INC. | § | COLLIN COUNTY, TEXAS |

THE STATE OF TEXAS TO **MIDLAND CREDIT MANAGEMENT, INC.**, DEFENDANT, in the hereinafter-styled and numbered cause:

You have been sued. You may employ an attorney to help you in defending against this lawsuit. But you are not required to employ an attorney. You or your attorney must file an answer with the court. Your answer is due by the end of the 14th day after the day you were served with these papers. If the 14th day is a Saturday, Sunday, or legal holiday, your answer is due by the end of the first day following the 14th day that is not a Saturday, Sunday, or legal holiday. Do not ignore these papers. If you do not file an answer by the due date, a default judgment may be taken against you. For further information, consult Part V of the Texas Rules of Civil Procedure, which is available online and also at the court listed on this citation.

Citation Placed in the Hands of: **Plaintiff for private process**
Type of Case: **Small Claims**

### STYLE

**Plaintiff**
DAVID E MACK

7720 McCallum Blvd
#2099
Dallas TX  75252
**Represented By:**
, *attorney*

**Defendant**
MIDLAND CREDIT MANAGEMENT, INC.
8875 Aero Drive
Suite 200
San Diego CA  92123
**By Serving:**

This citation is issued pursuant to a petition filed by the above-named plaintiff on March 11, 2015.

Your answer may be filed with this Court, at 920 E. Park Boulevard, Suite 210, Plano, Texas, 75074.

ISSUED this the 18th day of March, 2015.

JUDGE JOHN E. PAYTON
JUSTICE of the PEACE
PRECINT 3, PLACE 2
COLLIN COUNTY
920 E. PARK BLVD., STE. 210
PLANO, TEXAS 75074
(972) 881-3180